No. 32.   EX PARTE VÁZQUEZ.—Petition for a writ of *habeas corpus*. Decided April 19, 1904. Petition sustained. *Mr. Ramos,* for petitioner.

———

No. 144.   LÓPEZ LANDRÓN ET AL., EX PARTE.—Appeal from the District Court of San Juan. Decided April 19, 1904. Withdrawn on motion of the appellant. *Mr. López Landrón,* for appellant.

———

No. 9.   EX PARTE GALLART.—Appeal from the District Court of Humacao. Decided April 19, 1904. Withdrawn on motion of the appellant. *Mr. Bernardini,* for appellant.

———

No. 18.   ALVAREZ *v.* SOBEJANO.—Appeal from the District Court of San Juan. Decided May 6, 1904. Withdrawn on motion of the appellant. *Mr. Torres Monge,* for appellant.